■ NANCY BREWER, Appellant, v HITCHING POST PLAZA et al., Respondents. [671 NYS2d 395] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Kehoe, J. (Appeal from Order of Supreme Court, Monroe County, Kehoe, J.—Summary Judgment.) Present—Green, J. P., Pine, Hayes, Callahan and Fallon, JJ.